# Kristina S. Heuser, P.C.

*Attorney and Counselor at Law*
Post Office Box 672
Locust Valley, New York 11560
Tel. (516) 676-1565
E-mail: kheuser@heuserlawfirm.com

August 31, 2023

**<u>VIA ECF</u>**
Hon. Gary R. Brown
United States District Court Judge

    Re: <u>Florio v. William Floyd Union Free School District</u>
       Case No. 23-cv-3580(GRB)(SIL)

Dear Honorable Sir:

I write very briefly at defense counsel's urging to remedy a defect in the letter I filed yesterday in response to Defendant's letter motion seeking a pre-motion conference. Please be advised that anywhere in the letter where I refer to the vaccine mandate, I should have also referred to the masking requirement. Plaintiff maintains religious objections to both being injected with toxic substances and covering her face and restricting the breath of life. In addition to seeking religious accommodation to these mandates, Plaintiff also sought medical accommodation to these requirements for reasons documented by her physician and submitted to her former employer (Defendant). Please also note that any employees like Plaintiff who did not get vaccinated were required to submit to weekly COVID testing, which will also serve as a basis for our disparate treatment claims.

I apologize for the error in my letter filed yesterday, and thank the Court for its anticipated courtesy in allowing me to correct the record. All legal arguments asserted in my letter of yesterday's date remain the same.

                                                              Very Truly Yours,

                                                                   /S/
                                              Kristina S. Heuser, Esq.  (KH3612)

cc: Richard Finkel, Esq. (via ECF)