IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOELLE FLORIO, | |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| WILLIAM FLOYD UNION FREE SCHOOL DISTRICT, | Case No. 23-cv-3580(GRB)(SIL) |
| Defendant. | |

NOTICE IS HEREBY GIVEN THAT, NOELLE FLORIO, the plaintiff in the above-named action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Clerk's Judgment closing this action entered on the 12$^h$ day of December 2023. The appeal is taken of the entire judgment, the Order directing its entry and the underlying decision orally laid on the record by the Honorable Gary Brown on December 4, 2023.

Dated: Locust Valley, New York
January 9, 2024

                                                    Respectfully Submitted,

                                                  KRISTINA S. HEUSER, P.C.

By:          /S/         
Kristina S. Heuser, Esq.
23 Birch Hill Road (rear)
Locust Valley, New York 11560
(516) 592-2927
kheuser@heuserlawfirm.com